**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.166.40.68**

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/17/2018 14:35:02 | 80FCA4D9AD30FEA712A2A60D7510CDC801F00A04 | Sunset Love |
| 12/17/2017 15:31:45 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 12/17/2017 14:27:57 | 5E1770899B99C0771885576C37315184024BB119 | Your Luckiest Night |
| 12/03/2017 19:59:35 | DF08899DCC4C9C8474C832E13CE994E26C7CA323 | Watch Me Cum For You |
| 11/11/2017 15:37:23 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 11/10/2017 18:18:03 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX188